Daniel E. Engel, Esq. (SBN 167231)
Law Office of Daniel E. Engel
18150 Archwood Street
Reseda, CA 91335-8133
(818) 345-2634
(866) 535-1248 (fax)
dan@engellawfirm.com

Attorney for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
MAY 30 2008
CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NMC LOGISTICS INTERNATIONAL, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EAST WEST LOGISTICS SUPPLY, LLC, EAST-WEST LOGISTICS, L.L.C., AND JAMES W. TAYLOR,<br><br>　　　　　　Defendants. | Case No. CV-08-00460 SJO (RZx)<br><br>[PROPOSED]<br>DEFAULT JUDGMENT BY CLERK AS PROVIDED BY FED. R. CIV. P. 55(b)(1) |

　　　　It appears from the declarations of plaintiff and of counsel for plaintiff, and other evidence required by Fed. R. Civ. P. 55(b)(1), that defendants East West Logistics Supply, LLC, East-West Logistics, L.L.C. and James W. Taylor are eligible to have a default judgment entered against them.

　　　　Therefore, on request of plaintiff's counsel, a default judgment against defendant East West Logistics Supply, LLC, defendant East-West Logistics, L.L.C. and defendant James W. Taylor is hereby entered as follows:

　　　　　o　Damages of $118,232.25;

　　　　　o　Prejudgment interest as authorized by Cal. Civ. Code § 3289 of 10%

1  per annum for the 126 days between the filing of the action and this
2  application for default judgment, a total of $4081.44;
3    o  Court costs of $350.

6  Dated: *May 30, 2008*        *[signature]*
7                                          DEPUTY CLERK

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and my business address is 18150 Archwood Street, Reseda, CA 91335-8133. I am over the age of 18 and not a party to this action.

On 5-27-08, I served the following documents on the interested parties in this action:

**Proposed default judgment by clerk**

I effected this service by placing a true copy in a sealed envelope in a dropoff box regularly maintained by the U.S. Postal Service, with delivery fees prepaid and addressed as follows:

| East West Logistics Supply, LLC, 14300 N. North Sight Blvd. #204, Scottsdale AZ 85260 | East-West Logistics, L.L.C., 14300 N. North Sight Blvd. #204, Scottsdale AZ 85260 | James W. Taylor, 14300 N. North Sight Blvd. #204, Scottsdale AZ 85260 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-27-08

DANIEL E. ENGEL